```
STEVEN TYRONE DORTCH
1814 BROOKLANE DR
HATTIESBURG, MS 39401


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
4TH FLOOR
SHERMAN OAKS, CA 91411

CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130


PENNYMAC LOAN SERV
ATTN: BANKR
PO BOX 514387
LOS ANGELES, CA 90051


REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809


SHEVON JOHNSON
3100 WATSON DR
HATTIESBURG, MS 39401



STND FIN SRV
6201 EPPS MILL RD
CHRISTIANA, TN 37037



SUNBELT FCU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402
```