IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| STEVEN TYRONE DORTCH | CASE NUMBER: 25-51480 KMS |

### OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, Sunbelt Federal Credit Union ("Sunbelt"), by and through its attorney, and files this Objection to Confirmation of Plan, and in support thereof would show unto the Court the following:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157, 11 U.S.C. §105, 11 U.S.C. §1325, and related code sections and rules.

2.

On October 2, 2025, Steven Tyrone Dortch ("Debtor") filed his petition under Chapter 13 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. David Rawlings was appointed the Chapter 13 Trustee.

3.

Prior to the petition, the Debtor executed a Loan Disclosure, Promissory Note and Security Agreement with Sunbelt. The loan is as follows:

| | |
|---|---|
| Borrower: | Steven Tyrone Dortch |
| Loan No.: | xxx1771 |
| Date of Loan: | March 18, 2022 |
| Payment: | $1,058/monthly |
| Payoff as of 10/08/25: | $31,196.32 |
| Collateral: | 2015 Dodge Charger Hellcat (VIN 2C3CDXL92FH836325) |

4.

Sunbelt holds an allowed secured claim in the amount of $31,196.32. The 2015 Dodge Charger Hellcat serving as collateral has an estimated value of $28,845.00 ($32,050 retail value x 90%).

5.

The Debtor's chapter 13 plan proposes payment on a $22,545.00 secured claim. Sunbelt objects to confirmation.

6.

The Debtor's plan fails to provide for full payment of the secured claim. Sunbelt has not accepted the plan (§1325(a)(5)). The Debtor's plan fails to comply with the requirements for confirmation under the bankruptcy code (§1325(a)(1)).

WHEREFORE, Sunbelt Federal Credit Union requests the Court to find that its Objection to Confirmation of Plan is well taken and should be sustained.

                                                Respectfully submitted,

                                                Sunbelt Federal Credit Union

BY:    s / Derek A. Henderson
           DEREK A. HENDERSON
           Attorney for Sunbelt Federal Credit Union

**CERTIFICATE OF SERVICE**

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, and/or via the ECF Notification Service, a true and correct copy of the above and foregoing Objection to Confirmation of Plan to the following:

    Thomas Carl Rollins, Jr.
    trollins@therollinsfirm.com

    David Rawlings
    Chapter 13 Trustee
    ecfnotices@rawlings13.net

    Office of United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

This, the 10th day of October, 2025.

                                              s / Derek A. Henderson
                                              DEREK A. HENDERSON

**Derek A. Henderson, MSB #2260**
**Anna Claire Henderson, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**
**annaclaire@derekhendersonlaw.com**