MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Steven Tyrone Dortch**　　　　　　　　　　　Case No.: **24-51480 KMS**

_____
*Debtor(s)*　　　　　　　　　　　　　　　　　　　Chapter: **13**

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, **Sunbelt Federal Credit Union**_____, a
[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

[ ]

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: **10/10/2025**　　　**Derek A. Henderson** *Digitally signed by Derek A. Henderson Date: 2025.06.23 11:26:28 -05'00'*
　　　　　　　　　　　　　　Attorney Signature

　　　　　　　　　　　　　　**Derek A. Henderson**　　　　**2260**
　　　　　　　　　　　　　　Attorney Name　　　　　　　　State Bar Number

　　　　　　　　　　　　　　**1765-A Lelia Dr. Ste 103**
　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　**Jackson, MS 39216**
　　　　　　　　　　　　　　City, State, and Zip Code

　　　　　　　　　　　　　　**(601) 948-3167**　　　**dere@derekhendersonlaw.com**
　　　　　　　　　　　　　　Telephone Number　　　　Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**