Certificate Number: 15322-MSS-DE-040220985

Bankruptcy Case Number: 25-51480



15322-MSS-DE-040220985

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2025, at 8:25 o'clock AM CDT, Steven Dortch completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  October 21, 2025

By:  /s/Gene Bralewski

Name:  Gene Bralewski

Title:  Certified Credit Counselor