# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51480  **Case Name:** Steven Tyrone Dortch

**Set:** 12/16/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Sunbelt Federal Credit Union (Dkt. #14) - AGREED ORDER TO BE SUBMITTED BY HENDERSON; EMAIL RECEIVED FROM HENDERSON

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Henderson to submit an Agreed Order on the Objection filed by Sunbelt Federal Credit Union [14]. Order due by 12/30/2025. Confirmation hearing removed. (mcc)