

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| STEVEN TYRONE DORTCH | CASE NUMBER: 25-51480 KMS |

### ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

THIS MATTER COMES before the Court upon Objection to Confirmation of Plan filed by Sunbelt Federal Credit Union ("Sunbelt") (Docket No. 14). The parties have resolved the Objection pursuant to the terms and provisions of this Order.

THEREFORE, IT IS ORDERED that the Debtor's Chapter 13 Plan shall be modified to reflect that Sunbelt has an allowed secured claim in the amount of $28,845.00 for the 2015 Dodge Charger Hellcat (VIN 2C3CDXL92FH836325). The balance of Sunbelt's claim shall be a general unsecured claim in the amount of $2,351.32.

## END OF ORDER ##

| Agreed to by: | Approved by: |
|---|---|
| s/Derek A. Henderson | s/Sam Duncan |
| Derek A. Henderson, MSB #2260 | Sam Duncan, Attorney for |
| Anna Claire Henderson, MSB #106230 | David Rawlings, Chapter 13 Trustee |
| Attorney for Sunbelt Federal Credit Union | PO Box 566 |
| 1765-A Lelia Drive, Suite 103 | Hattiesburg, MS 39403 |
| Jackson, MS 39216 | (601) 582-5011 |

(601) 948-3167
derek@derekhendersonlaw.com

ecfnotices@rawlings13.net

s/Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB #
Attorney for the Debtor
Rollins Law Firm
PO Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com