United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51480-KMS

Steven Tyrone Dortch     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Dec 12, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven Tyrone Dortch, 1814 Brooklane Dr, Hattiesburg, MS 39401-7410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com melissa@derekhendersonlaw.com |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Steven Tyrone Dortch trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Dec 12, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

___

SO ORDERED,

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 12, 2025**

___

The Order of the Court is set forth below. The docket reflects the date entered.

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY PROCEEDING** |
| **STEVEN TYRONE DORTCH** | **CASE NUMBER: 25-51480 KMS** |

### ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

THIS MATTER COMES before the Court upon Objection to Confirmation of Plan filed by Sunbelt Federal Credit Union ("Sunbelt") (Docket No. 14). The parties have resolved the Objection pursuant to the terms and provisions of this Order.

THEREFORE, IT IS ORDERED that the Debtor's Chapter 13 Plan shall be modified to reflect that Sunbelt has an allowed secured claim in the amount of $28,845.00 for the 2015 Dodge Charger Hellcat (VIN 2C3CDXL92FH836325). The balance of Sunbelt's claim shall be a general unsecured claim in the amount of $2,351.32.

## END OF ORDER ##

| Agreed to by: | Approved by: |
|---|---|
| s/Derek A. Henderson | s/Sam Duncan |
| Derek A. Henderson, MSB #2260 | Sam Duncan, Attorney for |
| Anna Claire Henderson, MSB #106230 | David Rawlings, Chapter 13 Trustee |
| Attorney for Sunbelt Federal Credit Union | PO Box 566 |
| 1765-A Lelia Drive, Suite 103 | Hattiesburg, MS 39403 |
| Jackson, MS 39216 | (601) 582-5011 |

(601) 948-3167  
derek@derekhendersonlaw.com

ecfnotices@rawlings13.net

s/Thomas C. Rollins, Jr.  
Thomas C. Rollins, Jr., MSB #  
Attorney for the Debtor  
Rollins Law Firm  
PO Box 13767  
Jackson, MS 39236  
(601) 500-5533  
trollins@therollinsfirm.com