United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51480-KMS
Steven Tyrone Dortch     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Dec 18, 2025     Form ID: n031     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Tyrone Dortch, 1814 Brooklane Dr, Hattiesburg, MS 39401-7410 |
| 5580668 | + | Kimberly D. Putnam, Esq., for PennyMac Loan Services, LLC, 1820 Avenue of America, Monroe LA 71201-4530 |
| 5571389 | + | Shevon Johnson, 3100 Watson Dr, Hattiesburg, MS 39401-1145 |
| 5578512 | + | Standard Financial Services, P.O. Box 1599, Murfreesboro TN 37133-1599 |
| 5571390 | + | Stnd Fin Srv, 6201 Epps Mill Rd, Christiana, TN 37037-5678 |
| 5571391 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5571385 | | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 18 2025 19:43:07 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, 4th Floor, Sherman Oaks, CA 91411 |
| 5571386 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 19:48:04 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5573138 | + | Email/Text: FSBank@franklinservice.com | Dec 18 2025 19:43:00 | Family Practice After Hours Clinic, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5596002 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 18 2025 19:43:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5596171 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 18 2025 19:43:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5571387 | + | Email/PDF: ebnotices@pnmac.com | Dec 18 2025 19:48:07 | PennyMac Loan Serv, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5593464 | + | Email/PDF: ebnotices@pnmac.com | Dec 18 2025 19:48:10 | PennyMac Loan Services, LLC, PO BOX 2410, Moorpark, CA 93020-2410 |
| 5571388 | | Email/Text: bankruptcy@republicfinance.com | Dec 18 2025 19:43:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5576791 | | Email/Text: bankruptcy@republicfinance.com | Dec 18 2025 19:43:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5598984 | + | Email/Text: pasi_bankruptcy@chs.net | Dec 18 2025 19:43:00 | WESLEY PHYSICIAN SERVICES LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Sunbelt Federal Credit Union |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: n031 | Total Noticed: 16 |

cr     *+     PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Steven Tyrone Dortch trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51480−KMS
**Chapter:** 13

**In re:**

Steven Tyrone Dortch
1814 Brooklane Dr
Hattiesburg, MS 39401

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 12/18/2025 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: December 18, 2025                Danny L. Miller, Clerk of Court