**Fill in this information to identify the case:**

Debtor 1 _____Steven Tyrone Dortch_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   ___Southern_____   District of   ___MISSISSIPPI (Gulfport)_____
                                                                  (State)

Case number   ___25-51480_____

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC          **Court claim no.** (if known): _5_____

**Last 4 digits** of any number you use to
identify the debtor's account:       8703_____

**Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. Attorney fees | | (3) | $0.00 |
| 4. Filing fees and court costs | | (4) | $0.00 |
| 5. Bankruptcy/Proof of claim fees | 10/24/2025, $75.00, 11/21/2025, $275.00 | (5) | $350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. Property inspection fees | | (7) | $0.00 |
| 8. Tax advances (non-escrow) | | (8) | $0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $0.00 |
| 11. Other. Specify: | | (11) | $0.00 |
| 12. Other. Specify: | | (12) | $0.00 |
| 13. Other. Specify: | | (13) | $0.00 |

| Description | Dates incurred | Amount |
|---|---|---|
| 14. Other. Specify: _____ | | (14)  $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Steven Tyrone Dortch        Case number (*if known*)   25-51480

     First Name      Middle Name      Last Name

## Part 2:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑   I am the creditor.

☐   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | |
|---|---|
| ✘ /S/Dawn Phillips | Date   03/19/2026 |
| Signature | |

Print:     Dawn Phillips             Title   Authorized Representative

        First Name      Middle Name      Last Name

Company     PENNYMAC LOAN SERVICES, LLC

Address     PO Box 2410

          Number      Street

         Moorpark, CA 93020

         City         State       ZIP Code

Contact phone    (866) 629-4570          Email   BK@pnmac.com

4

# UNITED STATES BANKRUPTCY COURT
# Southern MISSISSIPPI

In RE:      Steven Tyrone Dortch               Bankruptcy Case No.      25-51480

Debtor(s)   Steven Tyrone Dortch               Chapter                  Chapter13

## CERTIFICATE OF SERVICE

The undersigned certifies that he or she is and all times hereinafter mentioned, was more than eighteen (18) years of age and that on 04/05/2026 a true and correct copy of the Notice of Post-Petition Mortgage Fees, Expenses, and Charges was served electronically through the court's ECF System upon the below listed ECF participants registered in this case, and served on 04/03/2026 by regular first-class mail to the parties listed below

Electronic Notice (ECF) List: Thomas  Carl  Rollins Jr, David Rawlings

U.S. First Class Mail List: Steven Tyrone Dortch, 1814 BROOKLANE DR, HATTIESBURG, MS 39401-7410

/S/Dawn Phillips
PENNYMAC LOAN SERVICES, LLC
PO Box 2410, Moorpark, CA 93020